## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Matthew R. Knoche                          **BK NO. 21-01101 HWV**
      Jennifer A. Knoche

                Debtor(s)                          **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT and index same on the master mailing list.


                Respectfully submitted,


           /s/Rebecca Solarz
           Rebecca Solarz
           26 May 2021, 10:41:23, EDT


           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322

Document ID: 1e579a4ce4d1e809f5777fd9f0546e04aa36e4772ca67b008de68f3ef3e9139