United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew R. Knoche  
Jennifer A. Knoche  
    Debtors

Case No. 21-01101-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 3  
Date Rcvd: Jun 24, 2021          Form ID: ntcnfhrg          Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew R. Knoche, Jennifer A. Knoche, 33 Canal Street, Lebanon, PA 17046-3722 |
| 5415904 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5409837 | + | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5409838 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998 |
| 5414441 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5409839 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5409846 | + | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines, IL 60018-3338 |
| 5409852 | | LTD Financial Services LP, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 5409851 | + | Law Offices of Frederic I. Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5409853 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 5409854 | | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5409856 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5409857 | + | Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 5409858 | | State Farm Bank, F.S.B, Attn Credit Reporting, 1 State Farm Plaza, Bloomington, IL 61702 |
| 5409859 | + | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5409863 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 5414435 | + | Valley National Bank, PO Box 953, Wayne NJ 07474-0953 |
| 5409864 | #+ | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2021 19:04:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5409840 | | Email/Text: cms-bk@cms-collect.com | Jun 24 2021 18:56:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5412074 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 19:04:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5409842 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 19:04:27 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5409841 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 19:04:35 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5409843 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2021 18:57:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5411205 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2021 18:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| | | | | |
|---|---|---|---|---|
| 5409844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 19:04:30 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5409845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 19:04:38 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5410956 | | Email/Text: mrdiscen@discover.com | Jun 24 2021 18:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5409847 | + | Email/Text: mrdiscen@discover.com | Jun 24 2021 18:56:00 | Discover Financial Sevivces LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5409848 | + | Email/Text: bknotice@ercbpo.com | Jun 24 2021 18:56:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 5409849 | + | Email/Text: Banko@frontlineas.com | Jun 24 2021 18:57:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Ste 250, Roseville, MN 55113-1783 |
| 5415623 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 18:56:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5409850 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 18:56:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5409855 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 18:56:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 5409984 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 19:04:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5409860 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 19:04:41 | Synchrony Bank/Amazon, PoOBox 965015, Orlando, FL 32896-0001 |
| 5409861 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 19:04:25 | Synchrony/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5409862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 19:04:29 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5409865 | | Email/Text: BKRMailOps@weltman.com | Jun 24 2021 18:56:00 | Weltman, Weinberg & Reis Co., LPA, 323 West Lakeside Ave., Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 26, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jennifer A. Knoche jackferry2@gmail.com  jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 Matthew R. Knoche jackferry2@gmail.com  jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Village Capital & Investment bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew R. Knoche,

**Debtor 1**

Jennifer A. Knoche,

**Debtor 2**

Chapter 13

Case No. 1:21−bk−01101−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 21, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 28, 2021<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 24, 2021 |

ntcnfhrg (05/21)