**LAW OFFICES OF JOHN J. FERRY, JR.**
931 Cumberland Street
Lebanon, PA 17042
(717) 272-6500
(717) 272-5600 fax
jackferry2@gmail.com
www.ferrylawoffice.com

July 26, 2021

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

      RE:    Proof of Claims #2, #9 and #10 filed by Cavalry SPV I, LLC in Middle District, PA, Case No. 21-01101
             Debtors Matthew R. Knoche and Jennifer A. Knoche

Dear Cavalry SPV I Representative:

Pursuant to Federal Bankruptcy Procedure Rule 3001 (c)(3)(B), on behalf of Debtors Matthew R. Knoche and Jennifer A. Knoche I am requesting a copy of the writings upon which you base your claims in the above matter. I am specifically requesting the original signed cardholder agreements between Debtor(s) and Citibank for each claim and the assignments for each claim transferring Debtors' specific accounts from Citibank, N.A. to Cavalry SPV I, LLC.

                                                         Very truly yours,

                                                         John J. Ferry, Jr.

cc:    Matthew R. Knoche
        Jennifer A. Knoche