**LAW OFFICES OF JOHN J. FERRY, JR.**
931 Cumberland Street
Lebanon, PA 17042
(717) 272-6500
(717) 272-5600 fax
jackferry2@gmail.com
www.ferrylawoffice.com

July 26, 2021

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302-9617

    RE:    Proof of Claim #16 filed by Jefferson Capital Systems, LLC in Middle District, PA, Case No. 21-01101
              Debtors Matthew R. Knoche and Jennifer A. Knoche

Dear Portfolio Recovery Associates Representative:

Pursuant to Federal Bankruptcy Procedure Rule 3001 (c)(3)(B), on behalf of Debtors Matthew R. Knoche and Jennifer A. Knoche I am requesting a copy of the writing(s) upon which you base your claim in the above matter. I am specifically requesting the original signed cardholder agreements between Debtor Jennifer A. Knoche and Synchrony Bank for each claim and the assignments for each claim transferring Debtor's specific account from Synchrony Bank to Jefferson Capital Systems, LLC.

                                                  Very truly yours,

                                                  John J. Ferry, Jr.

cc:    Matthew R. Knoche
        Jennifer A. Knoche