United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01101-HWV |
| Matthew R. Knoche | Chapter 13 |
| Jennifer A. Knoche | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2021 18:55:10 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jennifer A. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 Matthew R. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Village Capital & Investment bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MATTHEW R. KNOCHE and<br>JENNIFER A. KNOCHE<br>    Debtors<br><br>MATTHEW R. KNOCHE and<br>JENNIFER A. KNOCHE<br>    Objectors<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>    Claimant | : CHAPTER 13<br>: CASE NO. 1-21-bk-01101 HWV<br>:<br>: DEBTORS' OBJECTION TO<br>: PROOF OF CLAIM #11, #12, and #13<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, upon consideration of Debtors' Objection to Proof of Claim #11, #12 and #13 said Objection is SUSTAINED. Claim #11, #12 and #13 shall be disallowed in full.

Dated: September 29, 2021      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)