United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01101-HWV
Matthew R. Knoche  Chapter 13
Jennifer A. Knoche
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 14, 2025     Form ID: fnldecnd     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew R. Knoche, Jennifer A. Knoche, 33 Canal Street, Lebanon, PA 17046-3722 |
| 5409852 | | LTD Financial Services LP, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 5409851 | + | Law Offices of Frederic I. Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5409858 | | State Farm Bank, F.S.B, Attn Credit Reporting, 1 State Farm Plaza, Bloomington, IL 61702 |
| 5409863 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 5409864 | + | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 18:44:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5415904 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 18:44:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5409837 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 18:44:19 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5409838 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2025 18:40:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5414441 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 14 2025 18:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5409839 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 18:40:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5409840 | | Email/Text: cms-bk@cms-collect.com | Jan 14 2025 18:40:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5412074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 18:44:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5409842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 18:44:06 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5409841 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 18:44:12 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5409843 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2025 18:40:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5411205 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2025 18:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5409844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:58:08 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5409845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:58:10 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5409846 | ^ | MEBN | Jan 14 2025 18:35:46 | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines, IL 60018-3338 |
| 5410956 | | Email/Text: mrdiscen@discover.com | Jan 14 2025 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5409847 | + | Email/Text: mrdiscen@discover.com | Jan 14 2025 18:40:00 | Discover Financial Sevivces LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5409849 | + | Email/Text: Banko@frontlineas.com | Jan 14 2025 18:40:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Ste 250, Roseville, MN 55113-1783 |
| 5424781 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 18:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5415623 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 18:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5409850 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 18:40:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5409853 | ^ | MEBN | Jan 14 2025 18:35:47 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 5409854 | ^ | MEBN | Jan 14 2025 18:35:47 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5426278 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 18:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5409855 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 18:40:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 5422472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 18:44:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5409856 | + | Email/Text: ngisupport@radiusgs.com | Jan 14 2025 18:40:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5409857 | ^ | MEBN | Jan 14 2025 18:35:48 | Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 5409859 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 14 2025 18:40:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5409984 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 18:44:05 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5409860 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 18:44:05 | Synchrony Bank/Amazon, PoOBox 965015, Orlando, FL 32896-0001 |
| 5409861 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 18:44:05 | Synchrony/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5409862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:58:08 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5426579 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 14 2025 18:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5414435 | | Email/Text: AKYNAST@VALLEY.COM | Jan 14 2025 18:40:00 | Valley National Bank, PO Box 953, Wayne NJ 07474 |
| 5409865 | | Email/Text: BKRMailOps@weltman.com | Jan 14 2025 18:40:00 | Weltman, Weinberg & Reis Co., LPA, 323 West Lakeside Ave., Ste. 200, Cleveland, OH 44113-1009 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423104 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423089 | *+ | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5409848 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Village Capital & Investment blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jennifer A. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 Matthew R. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew R. Knoche, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:21−bk−01101−HWV |
| Jennifer A. Knoche, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−6854    xxx−xx−0107

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Matthew R. Knoche and Jennifer A. Knoche** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 14, 2025

**fnldec** (01/22)