# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MATTHEW R. KNOCHE and | : | CASE NO:   1-21-bk-01101 HWV |
| JENNIFER A. KNOCHE | : | |
| | : | |
| DEBTORS | : | CHAPTER 13 |
| | : | |

## ORDER

AND NOW, at Harrisburg, in said district, the Motion of Debtors, Matthew R. Knoche and Jennifer A. Knoche, to Reopen their closed Chapter 13 case is GRANTED.