In re:                                                            Case No. 21-01101-HWV

Matthew R. Knoche                                  Chapter 13

Jennifer A. Knoche

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                 Page 1 of 3

Date Rcvd: Apr 17, 2025                         Form ID: 3180W                               Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew R. Knoche, Jennifer A. Knoche, 33 Canal Street, Lebanon, PA 17046-3722 |
| 5415623 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5409852 | | LTD Financial Services LP, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 5409851 | + | Law Offices of Frederic I. Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5409858 | | State Farm Bank, F.S.B, Attn Credit Reporting, 1 State Farm Plaza, Bloomington, IL 61702 |
| 5409863 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 17 2025 22:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5415904 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2025 18:54:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5409837 | + | Email/PDF: bncnotices@becket-lee.com | Apr 17 2025 18:54:23 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5409838 | + | EDI: BANKAMER | Apr 17 2025 22:47:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5414441 | + | EDI: BANKAMER2 | Apr 17 2025 22:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5409839 | + | EDI: TSYS2 | Apr 17 2025 22:47:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5409840 | | Email/Text: cms-bk@cms-collect.com | Apr 17 2025 18:51:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5412074 | | EDI: CAPITALONE.COM | Apr 17 2025 22:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5409842 | + | EDI: CAPITALONE.COM | Apr 17 2025 22:47:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5409841 | + | EDI: CAPITALONE.COM | Apr 17 2025 22:47:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5409843 | + | Email/Text: bankruptcy@cavps.com | Apr 17 2025 18:51:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5411205 | + | Email/Text: bankruptcy@cavps.com | Apr 17 2025 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5409844 | + EDI: CITICORP | Apr 17 2025 22:47:00 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5409845 | + EDI: CITICORP | Apr 17 2025 22:47:00 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5409846 | ^ MEBN | Apr 17 2025 18:46:25 | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines, IL 60018-3338 |
| 5410956 | EDI: DISCOVER | Apr 17 2025 22:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5409847 | + EDI: DISCOVER | Apr 17 2025 22:47:00 | Discover Financial Sevivces LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5409849 | + Email/Text: Banko@frontlineas.com | Apr 17 2025 18:51:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Ste 250, Roseville, MN 55113-1783 |
| 5424781 | EDI: JEFFERSONCAP.COM | Apr 17 2025 22:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5409850 | + EDI: CAPITALONE.COM | Apr 17 2025 22:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5409853 | ^ MEBN | Apr 17 2025 18:46:49 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 5409854 | ^ MEBN | Apr 17 2025 18:46:29 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5426278 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2025 18:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5409855 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2025 18:51:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 5422472 | EDI: PRA.COM | Apr 17 2025 22:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5409856 | + Email/Text: ngisupport@radiusgs.com | Apr 17 2025 18:51:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5409857 | ^ MEBN | Apr 17 2025 18:46:52 | Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 5409859 | + Email/Text: bankruptcy@sunrisecreditservices.com | Apr 17 2025 18:51:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5409984 | + EDI: AISACG.COM | Apr 17 2025 22:47:00 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5409860 | + EDI: SYNC | Apr 17 2025 22:47:00 | Synchrony Bank/Amazon, PoOBox 965015, Orlando, FL 32896-0001 |
| 5409861 | + EDI: SYNC | Apr 17 2025 22:47:00 | Synchrony/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5409862 | + EDI: CITICORP | Apr 17 2025 22:47:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5426579 | EDI: USBANKARS.COM | Apr 17 2025 22:47:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5414435 | Email/Text: AKYNAST@VALLEY.COM | Apr 17 2025 18:51:00 | Valley National Bank, PO Box 953, Wayne NJ 07474 |
| 5409864 | ^ MEBN | Apr 17 2025 18:47:07 | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5409865 | Email/Text: BKRMailOps@weltman.com | Apr 17 2025 18:51:00 | Weltman, Weinberg & Reis Co., LPA, 323 West Lakeside Ave., Ste. 200, Cleveland, OH 44113-1009 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423104 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423089 | *+ | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5409848 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Village Capital & Investment blemon@bernsteinlaw.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jennifer A. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 Matthew R. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew R. Knoche | Social Security number or ITIN xxx–xx–6854 EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Jennifer A. Knoche | Social Security number or ITIN xxx–xx–0107 EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21-bk-01101-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew R. Knoche                    Jennifer A. Knoche

4/17/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**