United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-01101-HWV
Matthew R. Knoche     Chapter 13
Jennifer A. Knoche
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 17, 2025     Form ID: pdf010     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew R. Knoche, Jennifer A. Knoche, 33 Canal Street, Lebanon, PA 17046-3722 |
| 5415623 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5409852 | | LTD Financial Services LP, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 5409851 | + | Law Offices of Frederic I. Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5409858 | | State Farm Bank, F.S.B, Attn Credit Reporting, 1 State Farm Plaza, Bloomington, IL 61702 |
| 5409863 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2025 18:54:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5415904 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2025 18:54:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5409837 | + | Email/PDF: bncnotices@becket-lee.com | Apr 17 2025 18:54:32 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5409838 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2025 18:51:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5414441 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 17 2025 18:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5409839 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 17 2025 18:51:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5409840 | | Email/Text: cms-bk@cms-collect.com | Apr 17 2025 18:51:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5412074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 18:54:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5409842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 18:54:22 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5409841 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 18:54:26 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5409843 | + | Email/Text: bankruptcy@cavps.com | Apr 17 2025 18:51:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5411205 | + | Email/Text: bankruptcy@cavps.com | Apr 17 2025 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| Recipient # | Mark | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5409844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2025 18:54:27 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5409845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2025 18:54:27 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5409846 | ^ | MEBN | Apr 17 2025 18:46:26 | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines, IL 60018-3338 |
| 5410956 | | Email/Text: mrdiscen@discover.com | Apr 17 2025 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5409847 | + | Email/Text: mrdiscen@discover.com | Apr 17 2025 18:51:00 | Discover Financial Sevivces LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5409849 | + | Email/Text: Banko@frontlineas.com | Apr 17 2025 18:51:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Ste 250, Roseville, MN 55113-1783 |
| 5424781 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2025 18:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5409850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 18:54:31 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5409853 | ^ | MEBN | Apr 17 2025 18:46:51 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 5409854 | ^ | MEBN | Apr 17 2025 18:46:30 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5426278 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2025 18:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5409855 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2025 18:51:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 5422472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2025 18:54:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5409856 | + | Email/Text: ngisupport@radiusgs.com | Apr 17 2025 18:51:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5409857 | ^ | MEBN | Apr 17 2025 18:46:53 | Ratchford Law Group, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 5409859 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 17 2025 18:51:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5409984 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2025 18:54:22 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5409860 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2025 18:54:22 | Synchrony Bank/Amazon, PoOBox 965015, Orlando, FL 32896-0001 |
| 5409861 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2025 18:54:27 | Synchrony/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5409862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2025 18:54:32 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5426579 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 17 2025 18:51:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5414435 | | Email/Text: AKYNAST@VALLEY.COM | Apr 17 2025 18:51:00 | Valley National Bank, PO Box 953, Wayne NJ 07474 |
| 5409864 | ^ | MEBN | Apr 17 2025 18:47:08 | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5409865 | | Email/Text: BKRMailOps@weltman.com | Apr 17 2025 18:51:00 | Weltman, Weinberg & Reis Co., LPA, 323 West Lakeside Ave., Ste. 200, Cleveland, OH 44113-1009 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423104 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5423089 | *+ | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5409848 | ##+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Village Capital & Investment blemon@bernsteinlaw.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jennifer A. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 Matthew R. Knoche jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 1:21-bk-01101-HWV |
| | : | |
| MATTHEW R. KNOCHE and JENNIFER A. KNOCHE | : | CHAPTER 13 |
| | : | |
| DEBTORS | : | |

## ORDER

Upon consideration of the Motion of Debtors Matthew R. Knoche and Jennifer A. Knoche to Reopen their closed Chapter 13 case, Doc. 59, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened for the limited purpose of allowing the Debtors to file their Certificates of Debtor Education. Such Certificates, to the extent not already filed, shall be filed within 14 days or the case may be re-closed without further notice and without entry of a discharge.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 17, 2025