Fill in this information to identify the case:

Debtor 1    Matthew R. Knoche

Debtor 2    Jennifer A. Knoche

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    21-01101 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** VILLAGE CAPITAL & INVESTMENT

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 0205

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2023

**New total payment:**    $595.60
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $205.18      New escrow payment: $ 214.64

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1      Notice of Mortgage Payment Change      page 1

Case 1:21-bk-01101-HWV    Doc    Filed 04/20/23    Entered 04/20/23 12:24:19    Desc
Main Document    Page 1 of 2
Document ID: d88797c9883f7a034bb79f0610b2bed23514a9dfc21e07a88b83ebdaff72edd4

| Debtor(s) | Matthew R. Knoche, Jennifer A. Knoche | Case number (if known) 21-01101 HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Michael Farrington               Date 04/19/2023
Signature
Print: Michael Farrington
19 Apr 2023, 16:54:44, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
         Number   Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627-1322    Email  bkgroup@kmllawgroup.com

Official Form 410S1          Notice of Mortgage Payment Change          page 2