

**VILLAGE CAPITAL**
& INVESTMENT LLC
P.O. Box 531667
Henderson, NV 89053

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

 Online Information: www.villagecapital.com
Click "MAKE A PAYMENT"

 Mon-Fri: 8:00 a.m. to 5:00 p.m. PT
Toll Free: 1-800-919-0068
Fax: 702-670-4024

 **Correspondence:** P.O. Box 531667, Henderson, NV 89053   **Payments:** P.O. Box 679118, Dallas, TX 75267-9118

JENNIFER A KNOCHE
33 CANAL ST
LEBANON, PA 17046

Analysis Date: 04/05/23
Loan Number: ▇▇▇▇▇▇
Mortgagor Name: JENNIFER A KNOCHE

Each year Village Capital & Investment, LLC reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and details related to your account.

**1. What is the amount of my new monthly payment starting June 01, 2023?**

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $380.96 | $380.96 | $0.00 |
| Escrow | 205.18 | 209.35 | 4.17 |
| Shortage/Surplus | 6.08 | 5.29 | -0.79 |
| **Total Payment** | **592.22** | **595.60** | **3.38** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment listed above. If you are currently set up on automatic payments with Village Capital, this new amount will automatically take effect with your June payment.

**2. What are the most common reasons that my escrow payment may change from year to year?**

**A. Increases or Decreases in Amounts Billed** – The amount collected each month to be held in your escrow account may change based on increases or decreases to your property taxes, homeowner's insurance or mortgage insurance premiums. The information below compares the amounts Village Capital expected to pay this past year for each item from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY TAX | $587.96 | $632.77 | $44.81 |
| HAZARD INS | $710.00 | $816.00 | $106.00 |
| SCHOOL TAX | $1,164.09 | $1,063.46 | -$100.63 |
| **Total Annual Escrow Payments** | $2,462.05 | $2,512.23 | $50.18 |
| **Monthly Escrow Payments** | $205.18 | $209.35 | $4.17 |

**B. Repayment of Escrow Shortage or Overage** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $0.00 in August. This results in a **shortage of $63.51** in your escrow account.

| Projected Low Escrow Balance | Minimum Required Escrow Balance | Shortage |
|---|---|---|
| -$63.51 minus | $0.00 equals | ($63.51) |

---

Please write your loan number on your check and mail this portion with your payment.

**ESCROW SHORTAGE COUPON**

Loan Number: ▇▇▇▇▇▇
Name: JENNIFER A KNOCHE

Shortage Amount: $63.51

VILLAGE CAPITAL
& INVESTMENT LLC
P.O. Box 531667
Henderson, NV 89053

You have the following options to repay your Escrow Shortage:

**A. Do Nothing** – The total shortage has been divided over 12 months and $5.29 will automatically be added to your monthly payment beginning June 01, 2023.

**B. Repay the Escrow Shortage in Full** – Please submit a check in the amount of $63.51 along with this coupon to the address listed. Your new monthly payment will be $590.31 once the full escrow shortage is paid in full.

Amount Enclosed $_____

JENNIFER A KNOCHE

Loan Number:
NEW PAYMENT EFFECTIVE DATE: June 01, 2023

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference | |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | $371.90 | | | |
| June | | 209.35 | 0.00 | 581.25 | 0.00 | 581.25 | |
| July | | 209.35 | 0.00 | 790.60 | 0.00 | 790.60 | |
| August | SCHOOL TAX | 209.35 | 1,063.46 | -63.51 | 0.00 | -63.51 | ** |
| September | | 209.35 | 0.00 | 145.84 | 0.00 | 145.84 | |
| October | | 209.35 | 0.00 | 355.19 | 0.00 | 355.19 | |
| November | | 209.35 | 0.00 | 564.54 | 0.00 | 564.54 | |
| December | | 209.35 | 0.00 | 773.89 | 0.00 | 773.89 | |
| January | | 209.35 | 0.00 | 983.24 | 0.00 | 983.24 | |
| February | | 209.35 | 0.00 | 1,192.59 | 0.00 | 1,192.59 | |
| March | | 209.35 | 0.00 | 1,401.94 | 0.00 | 1,401.94 | |
| April | COUNTY TAX | 209.35 | 632.77 | 978.52 | 0.00 | 978.52 | |
| May | HAZARD INS | 209.35 | 816.00 | 371.87 | 0.00 | 371.87 | |

** - Low Balance used to determine escrow overage or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account; however, your mortgage contract or state law may specify a lower amount. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Actual Balance |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $426.73 |
| June | | 205.18 | 211.26 * | 0.00 | 0.00 | 637.99 |
| July | | 205.18 | 211.26 * | 0.00 | 0.00 | 849.25 |
| August | SCHOOL TAX | 205.18 | 211.26 * | 1,164.09 | 1,063.46 * | -2.95 |
| September | HAZARD INS | 205.18 | 211.26 * | 0.00 | 77.72 * | 130.59 |
| October | | 205.18 | 211.26 * | 0.00 | 0.00 | 341.85 |
| November | | 205.18 | 211.26 * | 0.00 | 0.00 | 553.11 |
| December | | 205.18 | 211.26 * | 0.00 | 0.00 | 764.37 |
| January | | 205.18 | 211.26 * | 0.00 | 0.00 | 975.63 |
| February | | 205.18 | 211.26 * | 0.00 | 0.00 | 1,186.89 |
| March | | 205.18 | 211.26 * | 0.00 | 0.00 | 1,398.15 |
| April | COUNTY TAX | 205.18 | 211.26 E | 587.96 | 632.77 E | 976.64 |
| May | HAZARD INS | 205.18 | 211.26 E | 710.00 | 816.00 E | 371.90 |

If you have questions about your escrow analysis statement please contact our Mortgage Servicing Department at 1-800-919-0068.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.



# DISCLOSURES

Federal law requires us to advise you that Village Capital & Investment LLC (NMLS ID 3317) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**CREDIT REPORTING**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Village Capital & Investment LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Village Capital & Investment LLC
**Attn: Customer Care Department**
2550 Paseo Verde Parkway, Suite 100
Henderson, NV 89074
800-919-0068
www.villagecapital.com

Should you have any questions or concerns regarding your loan, please contact us at 800-919-0068. Our office is open Monday through Friday, 8:00 AM to 5:00 PM PST.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD STATEMENT**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission Equal Credit Opportunity, Washington, DC 20580.

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**California Property Owners** - The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.
If you are having difficulty paying your mortgage, you have a right to request that your mortgage servicer conduct an interview to review your current financial circumstances and to request available options to help you stay in your home. This interview must be scheduled within (14) days of your request. The interview may be conducted by the servicer over the telephone.

**Massachusetts Property Owners** - NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR. PLEASE SUBMIT YOUR WRITTEN REQUEST TO STOP SUCH COLLECTION CALLS TO Village Capital & Investment LLC, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074. The telephone number and hours of availability for Village Capital & Investment LLC are as follows: 800-919-0068, Monday through Friday, 8:00 AM to 5:00 PM PST.

**Oregon Property Owners** - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (800-919-0068 or servicinggen@ villagecapital.com). To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**Arkansas Property Owners** - Please note that Village Capital & Investment LLC is licensed in Arkansas (Mortgage Servicer License Number 109481) and that complaints about Village Capital & Investment LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free (800-981-4429).

**TEXAS MORTGAGE BANKER DISCLOSURE**
CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR A LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATOR SHOULD COMPLETE AND SEND A COMPLAINT FORM TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. COMPLAINT FORMS AND INSTRUCTIONS MAY BE OBTAINED FROM THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

For those customers who reside in the State of Texas, Village Capital & Investment LLC will not recognize 3rd Party Property Tax Lien Transfers or Property Tax Deferrals. Those programs create a lien on your property which takes priority over your mortgage. A change inline position violates your mortgage agreement and we will take the necessary steps needed to ensure the mortgage lien is not at risk.

**Hawaii Property Owners** - Village Capital & Investment LLC is licensed by the Division of Financial Institutions for the State of Hawaii (Mortgage Servicer NMLS ID 3317). A borrower may file a complaint about Village Capital & Investment LLC with the Commissioner using the following address: Division of Financial Institutions Department of Commerce and Consumer Affairs King Kalakaua Building 335 Merchant Street, Rm. 221, Honolulu, HI 96813
If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint/.

**Maine Property Owners** - The telephone number and hours of availability for Village Capital & Investment LLC, Inc. are as follows: 800-919-0068, Monday through Friday, 8:00 AM to 5:00 PM PST.

**Utah Property Owners** - As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**West Virginia Property Owners** - The activities of collection agencies in West Virginia are regulated by the Attorney General's Consumer Protection Division, 812 Quarrier Street, Charleston, WV 25301. Federal law prohibits agencies from contacting you about your debt if you send a letter requesting that all contacts stop.