# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew R. Knoche<br>Jennifer A. Knoche<br>               **Debtor(s)**<br><br>VILLAGE CAPITAL & INVESTMENT<br>               **Movant**<br>vs.<br><br>Matthew R. Knoche<br>Jennifer A. Knoche<br><br>               **Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>               **Trustee** | BK NO. 21-01101 HWV<br><br>Chapter 13<br><br>Related to Claim No. 14-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 20, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Jennifer A. Knoche
33 Canal Street
Lebanon, PA 17046

Matthew R. Knoche
33 Canal Street
Lebanon, PA 17046

<u>Attorney for Debtor(s)</u>
John J. Ferry, Jr., Esq.
931 Cumberland Street (VIA ECF)
Lebanon, PA 17042

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 20, 2023</u>

                                                      */s/ Michael P. Farrington*
                                                      Michael P. Farrington Esq.
                                                      Attorney I.D. 329636
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      (215) 825-6488
                                                      mfarrington@kmllawgroup.com